IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01534-EWN-PAC

NICOLLE LEWIS,

     Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

     Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

     IT IS HEREBY **ORDERED** that the Joint Motion to Modify Scheduling Order (Doc. #26), filed March 14, 2007, is **DENIED** for lack of good cause shown.  The parties are capable of settling this case at any time if they are willing to do so.

Dated:  April 2, 2007